**Order entered October 26, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00538-CV

### JERRY GRISAFFI, Appellant

### V.

### ROCKY MOUNTAIN HIGH BRANDS, INC. F/K/A REPUBLIC OF TEXAS BRANDS, INC., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15441**

### ORDER

Before the Court is the October 22, 2020 opposed motion of Blake Norvell to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk of this Court to remove Mr. Norvell as counsel for appellant. Appellant continues to be represented by Joyce Lindauer, Guy Holman, and Jeffrey Veteto with Joyce W. Lindauer Attorneys, PLLC. We **DIRECT** the Clerk of this Court to designate Ms. Lindauer as lead counsel for appellant.

Also before the Court is appellant's October 22, 2020 third motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **November 30, 2020**. We caution appellant that a further extension request will be strongly disfavored and will be granted only for good cause shown by verified record.

/s/    BILL WHITEHILL
        JUSTICE